# UNITED STATES DISTRICT COURT

for the
Western District of Washington

| | |
|---|---|
| **MARK HOFFMAN, on behalf of himself and all others similarly situated,** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **DB MIAMI, INC. d/b/a TRUE GOLD REPUBLIC,** | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.
3:26-cv-05561-BHS

## AFFIDAVIT OF SERVICE

I, Sandra Quinones, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to DB Miami, Inc. d/b/a True Gold Republic in Broward County, FL on June 3, 2026 at 2:55 pm at 18501 Pines Blvd, Ste 201, Pembroke Pines, FL 33029-1416 by leaving the following documents with Jorge Rodriguez who as Manager/ Administrator at MY CPA PA is authorized by appointment or by law to receive service of process for DB Miami, Inc. d/b/a True Gold Republic.

Notice of Electronic Filing, 6/1/2026

CLASS ACTION COMPLAINT
Notice of Electronic Filing, 6/2/2026
CIVIL COVER SHEET
SUMMONS IN A CIVIL ACTION
Race: Hispanic or Latino, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: Y, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.0094540728,-80.3956219317
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

_____Broward County_____

,

___FL___ on ___6/4/2026___ .

/s/ *Sandra Quinones*
_____
Signature
Sandra Quinones
+1 (954) 270-4088





Exhibit 1b)