IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

v.

DB MIAMI, INC. d/b/a TRUE GOLD REPUBLIC,

Defendant.

Case No. 3:26-cv-05561-BHS

**NOTICE OF APPEARANCE**

TO:          ALL COUNSEL OF RECORD

AND TO:     THE CLERK OF THE COURT

PLEASE TAKE NOTICE that Austin Rainwater, WSBA No. 41904, of Holland & Knight LLP, hereby enters his appearance in the above-entitled action as counsel for Defendant DB Miami, Inc. d/b/a True Gold Republic. This notice is submitted subject to, and without waiver of, any right, defense, affirmative defense, claim, or objection to jurisdiction including but not limited to lack of subject-matter jurisdiction, lack of personal jurisdiction, or insufficient service of process.

NOTICE OF APPEARANCE - 1
Case No. 3:26-cv-05561-BHS

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA  98104-7029 |
Tel: 206.505.4000

Dated this 31st day of July, 2026.    Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By: *s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Tel: 206-505-4044
Email: Austin.Rainwater@hklaw.com

*Counsel for Defendant DB Miami, Inc. d/b/a*
*True Gold Republic*

NOTICE OF APPEARANCE - 2
Case No. 3:26-cv-05561-BHS

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA  98104-7029 |
Tel: 206.505.4000

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 31, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the parties.

Dated this 31st day of July, 2026.

*s/ Jacey Bittle*
Jacey Bittle, Practice Assistant

NOTICE OF APPEARANCE - 3
Case No. 3:26-cv-05561-BHS

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA  98104-7029 |
Tel: 206.505.4000