IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

v.

DB MIAMI, INC. d/b/a TRUE GOLD REPUBLIC,

Defendant.

Case No. 3:26-cv-05561-BHS

**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

**NOTE ON MOTION CALENDAR:**
July 31, 2026

**STIPULATION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), plaintiff Mark Hoffman ("Plaintiff") and defendant DB Miami, Inc. d/b/a True Gold Republic ("Defendant"), by and through their attorneys, stipulate to extend the deadline for Defendant to response to Plaintiff's complaint (Dkt. # 1), and in support, state as follows:

1.      Plaintiff filed his complaint on May 29, 2026 (Dkt. # 1) and served the summons and complaint on Defendant on June 3, 2026 (Dkt. # 7).

2.      The parties have met and conferred and agreed to extend the deadline for Defendant to respond to the complaint shall be extended until August 24, 2026, to allow time for the parties to explore the possibility of resolving this case, supporting judicial economy by conserving the resources of both this Court and the parties.

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING DEADLINE TO
RESPOND TO COMPLAINT - 1
Case No. 3:26-cv-05561-BHS

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA  98104-7029 |
Tel: 206.505.4000

3.      This extension will not cause any delay or prejudice to any party, and this request is not being made for the purposes of delay or any improper reason.

4.      Plaintiff and Defendant agree and acknowledge that they do not waive and specifically reserve all of their claims and defenses and respectfully request that the Court enter an order extending Defendant's deadline to answer or otherwise respond to Plaintiff's complaint to August 24, 2026.

Stipulated and dated this 31st day of July, 2026.

**PARONICH LAW PC**

By: *s/ Anthony Paronich (with permission)*
Anthony I. Paronich *(pro hac vice)*
**PARONICH LAW PC**
350 Lincoln St. Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

Andrew Roman Perrong *(pro hac vice)*
**PERRONG LAW LLC**
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529
a@perronglaw.com

*Counsel for Plaintiff and the Putative Class*

**HOLLAND & KNIGHT LLP**

By: *s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Tel: 206-505-4044
Email: Austin.Rainwater@hklaw.com

*Counsel for Defendant DB Miami, Inc. d/b/a True Gold Republic*

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING DEADLINE TO
RESPOND TO COMPLAINT - 2
Case No. 3:26-cv-05561-BHS

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA  98104-7029 |
Tel: 206.505.4000

**[PROPOSED] ORDER**

It is so ordered.


DATED this ___ day of _____, 2026.


                                            _____

BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING DEADLINE TO
RESPOND TO COMPLAINT - 3
Case No. 3:26-cv-05561-BHS

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA  98104-7029 |
Tel: 206.505.4000

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the parties.

Dated this 31st day of July, 2026

*s/ Jacey Bittle*
Jacey Bittle, Practice Assistant

STIPULATED MOTION AND [PROPOSED]                              HOLLAND & KNIGHT LLP
ORDER EXTENDING DEADLINE TO                                    701 Fifth Avenue, Suite 4700
RESPOND TO COMPLAINT - 4                                       Seattle, WA  98104-7029 |
Case No. 3:26-cv-05561-BHS                                     Tel: 206.505.4000