HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

v.

DB MIAMI, INC. d/b/a TRUE GOLD REPUBLIC,

Defendant.

Case No. 3:26-cv-05561-BHS

**STIPULATED MOTION AND [PROPOSED] ORDER STAYING DEADLINES**

**NOTE ON MOTION CALENDAR:**
August 17, 2026

**STIPULATION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), plaintiff Mark Hoffman ("Plaintiff") and defendant DB Miami, Inc. d/b/a True Gold Republic ("Defendant"), by and through their attorneys, stipulate as follows:

1. Plaintiff filed his complaint on May 29, 2026 (Dkt. # 1) and served the summons and complaint on Defendant on June 3, 2026 (Dkt. # 7).

2. On June 3, 2026, the Court entered an Order setting August 18, 2026 as the deadline for the parties to conduct a Rule 26(f) conference; August 25, 2026 as the initial disclosure deadline, and September 1, 2026 as the deadline to submit a Joint Status Report (Dkt. # 6).

3. The parties have conferred and agreed to conduct early mediation in an attempt to resolve this case. The parties anticipate that such mediation will be completed no later than October 6, 2026.



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000

4. The parties further agree that a stay of the initial case deadlines in this action, including Defendant's response to Plaintiff's complaint, pending completion of the parties' mediation, will conserve the parties' and the Court's resources. The parties therefore jointly request that the Court stay such deadlines pending completion of the parties' mediation.

5. The parties further agree to file a joint status report no later than October 13, 2026 advising the Court of the status and outcome of the parties' anticipated mediation.

6. This extension will not cause any delay or prejudice to any party, and this request is not being made for the purposes of delay or any improper reason.

STIPULATED and dated this 17th day of August, 2026.

**PARONICH LAW PC**

By: *s/ Anthony Paronich (with permission)*
Anthony I. Paronich *(pro hac vice)*
**PARONICH LAW PC**
350 Lincoln St. Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

Andrew Roman Perrong *(pro hac vice)*
**PERRONG LAW LLC**
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529
a@perronglaw.com

*Counsel for Plaintiff and the Putative Class*

**HOLLAND & KNIGHT LLP**

By: *s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Tel: 206-505-4044
Email: Austin.Rainwater@hklaw.com

*Counsel for Defendant DB Miami, Inc. d/b/a True Gold Republic*

**[PROPOSED] ORDER**

It is so ordered.

DATED this ___ day of __________, 2026.

_____________________________________
BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the parties.

Dated this 17th day of August, 2026.

*s/ Jacey Bittle*
Jacey Bittle, Practice Assistant



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000