The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

v.

DB MIAMI, INC. d/b/a TRUE GOLD REPUBLIC,

Defendant.

Case No. 3:26-cv-05561-BHS

**JOINT STATUS REPORT, STIPULATED MOTION, AND ORDER EXTENDING DEADLINES**

**NOTE ON MOTION CALENDAR:**
October 13, 2026

**STIPULATION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Mark Hoffman ("Plaintiff") and Defendant DB Miami, Inc. d/b/a True Gold Republic ("Defendant"), by and through their attorneys, stipulate as follows:

1. Plaintiff filed his complaint on May 29, 2026 (Dkt. # 1) and served the summons and complaint on Defendant on June 3, 2026 (Dkt. # 7).

2. On June 3, 2026, the Court entered an Order setting August 18, 2026 as the deadline for the parties to conduct a Rule 26(f) conference; August 25, 2026 as the initial disclosure deadline, and September 1, 2026 as the deadline to submit a Joint Status Report (Dkt. # 6).

3. On August 19, 2026, following stipulation by the parties, the Court entered an Order extending the deadlines in this case pending the parties' scheduled mediation, and instructing the parties to submit a joint status report no later than October 13, 2026 (Dkt. #12).



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000

4. On October 6, 2026, the parties conducted a successful all-day mediation. The parties agree that continuing the stay of the deadlines in this action will allow the parties sufficient time to continue discussing resolution of this action and will conserve the parties' and the Court's resources.

5. The parties therefore jointly request that the Court further stay the deadlines in this case. The parties further agree to file a joint status report no later than December 15, 2026, updating the Court on the status.

6. This extension will not cause any delay or prejudice to any party, and this request is not being made for the purposes of delay or any improper reason.

Stipulated and dated this 13th day of October, 2026.

**PARONICH LAW PC**

By: *s/ Anthony Paronich (with permission)*
Anthony I. Paronich *(pro hac vice)*
**PARONICH LAW PC**
350 Lincoln St. Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

Andrew Roman Perrong *(pro hac vice)*
**PERRONG LAW LLC**
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529
a@perronglaw.com

*Counsel for Plaintiff and the Putative Class*

**HOLLAND & KNIGHT LLP**

By: *s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Tel: 206-505-4044
Email: Austin.Rainwater@hklaw.com

*Counsel for Defendant DB Miami, Inc. d/b/a True Gold Republic*

**ORDER**

It is so ordered.

DATED this 14th day of October, 2026.

BENJAMIN H. SETTLE
United States District Judge



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000